# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2613

———————————————

FLORIDA ELECTIONS
COMMISSION,

Appellant,

v.

JOHN B. RILEY,

Appellee.

———————————————

On appeal from an order of the Division of Administrative Hearings.
Darren A. Schwartz, Administrative Law Judge.

October 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and LEWIS and OSTERHAUS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Eric M. Lipman, General Counsel, and Stephanie J. Cunningham, Assistant General Counsel, Florida Elections Commission, Tallahassee, for Appellant.

James H. Greason, Aventura, for Appellee.